**William M. MYERS, Appellant,**

v.

**M.J. BRONIEC, et al., Respondents.**

**No. WD 70287.**

Missouri Court of Appeals,
Western District.

Nov. 17, 2009.

Michael Smith, for Appellant.

Jeremiah Morgan, for Respondents.

Before Division Two: JOSEPH M. ELLIS, Presiding Judge, VICTOR C. HOWARD, Judge and JAMES E. WELSH, Judge.

### ORDER

PER CURIAM:

William M. Myers appeals the judgment of the trial court entering a directed verdict in favor of M.J. Broniec and the Missouri State Highway Patrol on his claim of negligence arising out of an automobile accident. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).